

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00422-CR

**IN RE** Edward **ROMERO**, Relator

Original Proceeding[1]

### ORDER

Relator, Edward Romero, has filed a petition for writ of mandamus, seeking an order directing the trial court to rule on motions Romero filed in the court below. The proceeding in the trial court, however, relates to a post-conviction application for writ of habeas corpus seeking relief from a final felony conviction. As a result, this court has no jurisdiction to consider Romero's petition. *See In re Lares*, No. 04-17-00305-CR, 2017 WL 2960393, at *1 (Tex. App.—San Antonio July 12, 2017, orig. proceeding) (mem. op., not designated for publication); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we dismiss Romero's petition for want of jurisdiction.

We further dismiss Romero's motion for leave to file a petition as moot. *See In re Perryman*, No. 04-11-00300-CR, 2011 WL 2165145, at *1 (Tex. App.—San Antonio May 25, 2011, orig. proceeding) (mem. op., not designated for publication) (citing Tex. R. App. P. 52).

It is so **ORDERED** on October 30, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2013CR3128, styled *Ex parte Edward Romero*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.